# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:17-CR-00303-DGK-1 |
| JANEE C. ROSENTHAL, | ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

On September 22, 2017, the Honorable Matt J. Whitworth, United States Magistrate Judge for the Western District of Missouri, issued his Report and Recommendation recommending that Defendant's guilty plea be accepted and that Defendant be adjudged guilty of the crimes of mail fraud, in violation of 18 U.S.C. § 1341, as charged in Counts One and Two of the Information, and wire fraud, in violation of 18 U.S.C. § 1343, as charged in Counts Three and Four of the Information (Doc. 2). Neither party filed objections to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). The Court has also reviewed de novo the transcripts of the proceedings held before Judge Whitworth on September 22, 2017. In light of the evidence in the Record and the lack of an objection from either party, the Court adopts the Magistrate Judge's Report and Recommendation and (1) accepts Defendant's plea of guilty and (2) finds Defendant guilty of the charged crimes in Counts One through Four of the Information.

**IT IS SO ORDERED.**

Date: January 4, 2018  /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT